**STATE of Missouri, Respondent,**

v.

**James Mikel CAPES, Appellant.**

**No. WD 53604.**

Missouri Court of Appeals,
Western District.

Aug. 19, 1997.

Judith C. LaRose, Gary E. Brotherton, Assistant Public Defenders, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

### Order

PER CURIAM.

James Mikel Capes appeals the judgment of conviction and sentence for first-degree robbery, § 558.011.1(1).

The conviction and sentence are affirmed. Rule 30.25(b).